UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN LESTER MITCHELL, | No. 2:16-cv-2087 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. CUSIC, et al., | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 12, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on defendants Cusic, Enos, and Kearns.  On December 23, 2016, plaintiff submitted the copies of the complaint but failed to provide a complete address for each defendant on the carbonized USM-285 forms provided.  Rather, plaintiff only provided information for defendant Cusic.  Also, the U.S. Marshal requires parties to use the carbonized forms provided and will not accept photocopies.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff three blank USM-285 forms; and

/////

1

2.  Within thirty days, plaintiff shall submit to the court a completed USM-285 form for each individual defendant required to effect service.  Failure to return the completed USM-285 forms, using the forms provided and within the specified time period, will result in a recommendation that this action be dismissed.

Dated:  January 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mitc2087.8f